HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JAMES KENNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:25-cr-00212-TLN |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING HEARING |
| v. | ) | |
| JAMES KENNEY, | ) | Date: May 28, 2026 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant James Kenney, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on March 26, 2026.

2. By this stipulation, the parties now move to continue the sentencing hearing until May 28, 2026 at 9:30 a.m.

3. Counsel for Mr. Kenney requires additional time to prepare for sentencing in this matter, and additional time to lodge objections to the PSR. The proposed new sentencing date and the amended PSR schedule will provide defense counsel with sufficient time to prepare for sentencing and present all appropriate objections, with supporting documentation where possible.

4. All parties and the court have been confirmed available for the new proposed date.

5. The parties and the assigned probation officer now propose the amended disclosure

STIPULATION RE CONTINUANCE OF JUDGMENT AND
SENTENCING

1

schedule as outlined below to align with the new proposed sentencing date:

Informal Objections due April 16, 2026

Final PSR filed on April 30, 2026

Formal Objections due May 14, 2026

Sentencing on May 28, 2026

IT IS SO STIPULATED.

Dated: March 11, 2026                          Respectfully submitted,

                                               HEATHER E. WILLIAMS
                                               Federal Public Defender

                                               */s/ Megan T. Hopkins*
                                               MEGAN T. HOPKINS
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               James Kenney

                                               ERIC GRANT
                                               United States Attorney

DATED: March 11, 2026                          */s/ Douglas Harman*
                                               DOUGLAS HARMAN
                                               Assistant United States Attorney
                                               Attorney for Plaintiff

STIPULATION RE CONTINUANCE OF JUDGMENT AND          2
SENTENCING

## ORDER

**IT IS SO ORDERED** that the judgment and sentencing currently scheduled for March 26, 2026, is hereby continued to May 28, 2026, at 9:30 a.m.  The disclosure schedule jointly proposed by the parties is hereby **ADOPTED**.

DATED: March 12, 2026

_____
Troy L. Nunley
Chief United States District Judge