IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES L. KENNEY,<br><br>　　　　Defendant. | Case №: 2:25-cr-00212-TLN<br><br>**O R D E R**<br>**WITHDRAWING THE FEDERAL**<br>**DEFENDER**<br>**AND APPOINTING CJA COUNSEL** |

Upon the Federal Defender's Motion and good cause appearing, IT IS HEREBY ORDERED granting the Federal Defender's *Motion to Withdraw* and appointing Megan Hopkins as CJA counsel effective April 6, 2026.

DATED: April 13, 2026

_____
Troy L. Nunley
Chief United States District Judge