MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA  95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com


Attorney for Defendant
JAMES KENNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:25-CR-00212-TLN |
| | ) |
| Plaintiff, | ) STIPULATION TO CONTINUE SENTENCING |
| | ) HEARING DATE; ORDER |
| vs. | ) |
| | ) |
| JAMES KENNEY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney J. Douglas Harman, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant James Kenney, that the previously-scheduled sentencing date of May 28, 2026, be continued to **August 6, 2026**, at 9:30 a.m. or such time thereafter as the Court is available.

The requested continuance will allow Mr. Kenney's defense counsel to conduct additional investigation necessary to adequately address the sentencing enhancements applied by Probation in the Final PSR, and file formal objections to the same. The parties further request that the Court set a modified deadline for the filing of formal objection on or before July 23, 2026, with replies due no later than July 30, 2026. Both the parties and the probation officer are available for sentencing on August 6, 2026.

Respectfully submitted,

Dated: May 21, 2026

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Attorney for Defendant
JAMES KENNEY

Dated: May 21, 2026                    ERIC GRANT
United States Attorney

/s/ J. Douglas Harman
J. DOUGLAS HARMAN
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order.  The

sentencing hearing previously set for May 28, 2026, is hereby continued to August 6, 2026, at

9:30 a.m.

Dated: May 25, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Sentencing Hearing Date
2