ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES L. KENNEY,<br><br>Defendant. | CASE NO. 2:25-CR-00212-TLN<br><br>STIPULATION AND ORDER CONTINUING SENTENCING<br><br>DATE: August 6, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on August 6, 2026.
2. During the week of July 27, counsel for the government was informed of a previously unknown scheduling conflict with the sentencing date.
3. Further, counsel for the government requires additional time to finalize and obtain necessary approvals for the government's sentencing memorandum to be filed in this matter.
4. The Defendant and Probation have no objection to continuing the matter.
5. The parties conferred on July 30, 2026 and confirmed that the next available date for both counsel is in September. The Court and probation informed the parties that September 17, 2026, was available for a continued Judgment and Sentencing.

**6.** By this stipulation, the government now moves to continue sentencing to **September 17, 2026, at 9:30 a.m.**

7. Further, the parties agree and stipulate and request that the Court modify the deadline for filing sentencing memoranda (if any) to September 10, 2026, one week before the rescheduled sentencing.

Respectfully submitted,

Dated: July 31, 2026

ERIC GRANT
United States Attorney

By: /s/ *J. Douglas Harman*
J. DOUGLAS HARMAN
Assistant United States Attorney

Dated: July 31, 2026

/s/ *Megan T. Hopkins*
MEGAN T. HOPKINS
Counsel for Defendant JAMES KENNEY

**ORDER**

IT IS SO FOUND AND ORDERED on the 31st day of July 2026.

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE