ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES L. KENNEY,<br>Defendant. | 2:25-CR-00212-TLN<br><br>FINAL ORDER OF FORFEITURE |

On December 29, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant James L. Kenney forfeiting to the United States the following property:

a. Approximately $12,784.53 in U.S. Currency, plus all accrued interest.

Beginning on December 30, 2025, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

a. Kevin Leacy: A notice letter was sent via certified mail to Kevin Leacy at the Sacramento County Jail at 651 I Street, Sacramento, CA 95814 on December 29, 2025. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed. The USPS Tracking Results confirm the notice letter was delivered on December 31, 2025.

b. Aaliyah Chaudhary: A notice letter was sent via certified mail to Aaliyah Chaudhary at 7352 Meadowgate Dr., Sacramento, CA 95823 on December 29, 2025. The PS Form 3811 (certified mail "green card" showing delivery of mail) has not been returned to the U.S. Attorney's Office. The USPS Tracking Results confirm the notice letter was delivered on December 31, 2025.

c. Jacob Rangel: A notice letter was sent via certified mail to Jacob Rangel at 919 Briarwood Ave., West Sacramento, CA 95691 on December 29, 2025. The envelope was returned to the U.S. Attorney's Office on February 5, 2026, as "unclaimed."

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of James L. Kenney, Kevin Leacy, Aaliyah Chaudhary, and Jacob Rangel.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 18th day of November, 2026.

Troy L. Nunley
Chief United States District Judge